UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARY J. FOSTER,

    Plaintiff,

v.                                           No. 3:08-cv-960-J-12HTS

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

## ORDER

This cause is before the Court on the Report and Recommendation (Doc. 29) of the United States Magistrate Judge, filed November 20, 2009. The Magistrate Judge recommends that in accordance with the Report and Recommendation, the Clerk of the Court be directed to enter a judgment pursuant to sentence four of 42 U.S.C. § 405(g), and as incorporated by 42 U.S.C. § 1383(c)(3), reversing the Commissioner's decision with instructions to 1) reassess Plaintiff's RFC; 2) review the evidence from Dr. Feussner; 3) reevaluate Ms. Foster's credibility, including a redetermination of whether the Eleventh Circuit pain standard has been met; and 4) conduct any further proceedings deemed appropriate.

As of the date of this Order, neither party has filed an objection within the ten-day objection period. Accordingly, upon review of the matter, it is

**ORDERED AND ADJUDGED:**

1.    That the Court adopts the Report and Recommendation (Doc. 29) of the United States Magistrate Judge;

2. That the Clerk of the Court is hereby directed to enter a judgment pursuant to sentence four of 42 U.S.C. § 405(g), and as incorporated by 42 U.S.C. § 1383(c)(3), **REVERSING** the Commissioner's decision with instructions to 1) reassess Plaintiff's RFC; 2) review the evidence from Dr. Feussner; 3) reevaluate Ms. Foster's credibility, including a redetermination of whether the Eleventh Circuit pain standard has been met; and 4) conduct any further proceedings deemed appropriate; and

3. That the Clerk is directed to close the case.

**DONE AND ORDERED** this ___9th___ day of November 2009

*Howell W. Melton*
Senior United States District Judge

Copies to: Hon. Howard T. Snyder,
United States Magistrate Judge
Counsel of Record