UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARY J. FOSTER,

    Plaintiff,

vs.                          Case No. 3:08-cv-960-J-12JRK

MICHAEL J. ASTRUE, Commissioner of
Social Security,

    Defendant.

## ORDER

**THIS CAUSE** is before the Court on the Petition for Authorization Of Attorney Fee Pursuant to the Social Security Act ("Petition")(Doc. 42), filed November 15, 2011. The Commissioner does not oppose the relief requested (see Doc. 44). On December 15, 2011, the United States Magistrate Judge issued a Report and Recommendation (Doc. 45) recommending that the Petition be granted. As of the date of this Order, no objections have been filed to the Magistrate Judge's Report and Recommendation. Upon review of the matter, it is

**ORDERED AND ADJUDGED:**

1.     That the Court hereby adopts the Report and Recommendation (Doc. 45) of the United States Magistrate Judge;

2.     That the Petition for Authorization Of Attorney Fee Pursuant to the Social Security Act ("Petition")(Doc. 42) is **GRANTED**;

3.     That Plaintiff's counsel, Heather Freeman, Esq., be awarded $18,337.98

pursuant to 42 U.S.C. § 406(b), which shall be paid from the past-due benefits awarded to Plaintiff. The Commissioner shall now pay Heather Freeman, Esq. the sum of $18,337.98 from the past-due benefits withheld. The remainder of the withheld past-due benefits shall be paid directly to Plaintiff; and

4. That the Clerk of the Court is directed to enter judgment accordingly and close the file.

**DONE AND ORDERED** this __4th__ day of January 2012.

*Howell W. Melton*
Senior United States District Judge


Counsel of Record